THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CVLR 5.4
(Rule Number/Section)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 1 2 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

JEFFREY A. MOORE #487798
Name and Prisoner/Booking Number

M.C.A.D.F.
Place of Confinement

501 W. HWY 66
Mailing Address

KINGMAN, AZ 86401
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

JEFFREY AARON MOORE,
(Full Name of Plaintiff)
    Plaintiff,

vs.

(1) TWITTER,
(Full Name of Defendant)
(2) JOHN DOE (CEO),
(3) JOHN/JANE DOE (EXECUTIVE) 1-1000,
(4) _____
    Defendant(s).

CASE NO. CV-17-8132-PCT-DLR (JZB)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: M.C.A.D.F. KINGMAN, AZ

Revised 5/1/2013

550/555

B. DEFENDANTS

1. Name of first Defendant: __TWITTER__. The first Defendant is employed as: __SOCIAL MEDIA SITE__ at __TWITTER CORPORATION__.
   (Position and Title)      (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)      (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)      (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)      (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? __UNK__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __JEFFREY A. MOORE__ v. __CCS__
      2. Court and case number: __JUDGE REYES__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __SERVED BY MARSHAL'S__

   b. Second prior lawsuit:
      1. Parties: __JEFFREY A. MOORE__ v. __MCADF__
      2. Court and case number: __JUDGE REYES__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __SERVED BY MARSHAL'S__

   c. Third prior lawsuit:
      1. Parties: __JEFFREY A. MOORE__ v. __AMTRAK__
      2. Court and case number: __JUDGE REYES__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __SERVED BY MARSHAL'S__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __1st AMENDMENT__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __FREE SPEECH__

3. Supporting Facts. State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   TWITTER BILLS ITSELF AS A PUBLIC FORUM WITH MILLIONS OF USERS. THE MAJORITY OF POLITICIANS IN THE U.S. POST "TWEETS" AS A WAY TO STAY CONNECTED TO CONSTITUANTS. EVEN PRESIDENT TRUMP RELIES HEAVILY ON SOCIAL MEDIA TO TRANSMIT POLICY PROPOSALS. THE SUPREME COURT RULED IN JUNE 2017 THAT SOCIAL MEDIA IS AN ABSOLUTE RIGHT PROTECTED UNDER THE 1st AMENDMENT AND CAN NOT BE RESTRICTED TO EVEN THE MOST DEVIANT OF SOCIETY ie SEX OFFENDERS. PUBLIC PRESSURE HAS FORCED SOCIAL MEDIA PROVIDERS TO TAKE AGGRESSIVE STEPS TO REGULATE CONTENT OF USERS i.e. CYBER BULLYING, HATE SPEECH, AND EVEN TERRORISM. LARGE TEAMS OF TWITTER STAFF ARE TASKED WITH OVERSEEING THE ELIMINATION OF INAPPROPRIATE CONTENT. A PUBLIC FORUM WITH SIGNIFICANT AUDIANCE, WHICH HAS BECOME A TOOL OF MAJOR POLITICAL DISCUSSIONS, AND RECOGNIZED BY THE SUPREME COURT AS A FUNDAMENTAL RIGHT, CLEARLY QUALIFIES IT AS AN ENTITY OF THE GOVERNMENT. WHEN THE U.S. DEPARTMENT OF TRANSPORTATION WAS PREPARING.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   FALSELY ARRESTED AND DETAINED FOR OVER A YEAR

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. THE COURTS ARE MY ONLY REMEDY FOR THIS MATTER.

3

ITS 2017 BUDGET, PRESIDENT TRUMP TWEETED "AMTRAK IS NEVER ON TIME TO THE 2/3 OF TRACKS OUTSIDE THE "NORTHEAST CORIDOR" TRUMP FOLLOWED THIS CORPORATE DEFAMATION WITH A PROPOSAL TO CUT 1.401 BILLION DOLLARS IN ANNUAL FUNDING. WITH OVER 140 MILLION CITIZEN'S AFFECTED OVER 225 MAYORS BEGAN TO PROTEST ALONG WITH INFLUENTIAL CONGRESSMEN LIKE REP. RODNEY FRELINGHUYSEN AND SEN. PATRICK LEAHY. I'M NOT SURE WHEN POLITICAL DEBATE SHIFTED FROM THE FLOOR OF THE SENATE TO A VIRTUAL WORLD OF 140 CHARACTERS. TWITTER LOVES THIS KIND OF DRAMA, BECAUSE IT INCREASES TRAFFIC AND INCREASES REVENUE. THE "SMARTEST GUYS IN THE ROOM" AT TWITTER HAD TO KNOW A CATASTROPHE WAS LURKING. ON 6/21/16 AN EAST BOUND TRAIN WAS STOPPED IN FLAGSTAFF, ARIZONA FOR A REPORT OF A SEX OFFENSE. THE TRAIN WAS ALREADY RUNNING LATE FROM A 2-HOUR DELAY IN L.A., CA. AMTRAK OFFICIALS PRESSURED LOCAL POLICE TO PREMATURELY RELEASE THE TRAIN AFTER A 20 MINUTE INVESTIGATION BY THE LEAD DETECTIVE. "SEVERAL" SUSPECTS WHO WERE POSITIVELY IDENTIFIED BY A "FEDERAL ACTOR" WERE NOT QUESTIONED. LEAD ENGINE 197 THROUGH CAR 412 WERE NOT SEARCHED (200 PASSENGERS) OF THE 15 GIRLS ON THE VICTIMS VOLLEYBALL TEAM, ONLY TWO WERE QUESTIONED WHO DENY SEEING ME IN THAT CAR. 13 MORE TESTIMONIES FROM THE KIDS COULD HAVE REALLY HELPED ME, OR IN THE INTEREST OF PUBLIC SAFETY WHAT IF SOME OF THESE OTHER GIRLS HAD BEEN TOUCHED? A MORE EXHAUSTIVE INTERVIEW PROCESS SHOULD HAVE BEEN CONDUCTED. POLICE DID NOT HAVE TIME TO INTERVIEW STAFF, OR CONDUCT A PROPER "LINE-UP" PRINTS ON SCENE DIDN'T MATCH MINE, DNA ON VICTIM CAME BACK TO 3 MEN-NOT ME! DESCRIPTION FROM VICTIM DIFFERED SIGNIFICANTLY FROM MY ACTUAL APPEARANCE, VICTIM NEVER POINTED ME OUT-ONLY NODDED AS CONDUCTOR POINTED SAYING "I KNOW WHO DID IT!" THERE IS SO MUCH MORE BUT THE POINT IS THAT AMTRAK BULLIED THE POLICE TO CUT THE INVESTIGATION SHORT BECAUSE OF THE "TWITTER WAR" OVER A 13). BUDGET CUTS TO ONE OF AMERICA'S OLDEST INDUSTRIES. IF I POSTED A TWEET BASHING TRANSGENDERS AND ENCOURAGING VIOLENCE AGAINST THEM- MOST PEOPLE WOULD BE DISGUSTED, BUT SOME WOULD ACT OUT IN AGGRESSION AGAINST THE LGBQ COMMUNITY. I WOULD HOLD SOME CULPABILITY FOR STARTING THE HATRED. WHAT ABOUT TWITTER? THEY WILLINGLY PROVIDED A PLATEFORM TO SPEW DISGUSTING DIALOUGE WHICH VIOLATES THE LAW OF HUMAN DECENCY... WHAT'S WORSE IS THEY PROFIT FROM THIS IMMORAL BEHAVIOR. SOCIAL MEDIA OUTLETS, LIKE TWITTER, DO NOT DESERVE IMMUNITY-WHILE MAKING BILLIONS OF DOLLARS EACH YEAR. TIME TO HOLD THEM ACCOUNTABLE.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
MONETARY, COMPENSATORY AND PUNITIVE DAMAGES, COURT COST AND ATTORNEY FEES. SINCE SOCIAL MEDIA IS A NEW PHENAMANAN I WOULD LIKE THE COURT TO GIVE GUIDANCE AS TO WHAT IT'S CORPORATE RESPONSIBILITY IS TO THE PUBLIC AS PER THE CONSTITUTION

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/3/17
DATE

_____
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6