Moore Jeffery
Mohave County Adult Detention Center
M-pod
501 West Highway 66
Kingman, AZ 86401

neopost
07/10/2017
US POSTAGE $001.40⁰
FIRST-CLASS MAIL
ZIP 86402
041M12251622

U.S District Court Clerk
401 W. Washington St., Suite 130,
Phoenix, AZ 85003-2118

RECEIVED
JUL 12 2017
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

VERIFIED
LEGAL MAIL ☐
PRISONER LEGAL MAIL ☐
N/J# 5-724