| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 29 2018 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JEFFREY AARON MOORE,

    Plaintiff-Appellant,

 v.

TWITTER, INC. and DOES, named as John Doe (CEO) and John/Jane Doe (Executive) 1-1000,

    Defendants-Appellees.

No. 17-17062

D.C. No. 3:17-cv-08132-DLR-JZB
District of Arizona, Prescott

ORDER

Before: PAEZ and BEA, Circuit Judges.

Appellant's motion to proceed in forma pauperis (Docket Entry No. 7) is denied because appellant has had three or more prior actions or appeals dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted, and appellant has not alleged imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

Appellant's motion for appointment of counsel and motion for imminent danger status are also denied (Docket Entry Nos. 3, 8).

Within 21 days after the date of this order, appellant shall pay $505.00 to the district court as the docketing and filing fees for this appeal and file proof of payment with this court. Failure to pay the fees will result in the automatic

AT/MOATT

dismissal of the appeal by the Clerk for failure to prosecute, regardless of further filings.  *See* 9th Cir. R. 42-1.

No motions for reconsideration, clarification, or modification of the denial of appellant's in forma pauperis status shall be entertained.

If the appeal is dismissed for failure to comply with this order, the court will not entertain any motion to reinstate the appeal that is not accompanied by proof of payment of the docketing and filing fees.

Briefing is suspended pending further order of this court.